IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**GLENN MACHINE WORKS, INC.**                                          **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:06CV92LS**

**COASTAL BUILDERS, INC.**                                      **DEFENDANT**

**FIREMAN'S FUND INSURANCE COMPANY**                    **INTERVENOR**

## ORDER

This matter came before the court on the Motion to Intervene submitted by Fireman's Fund Insurance Company, to which no party has objected. That being the case, the Motion to Intervene will be granted, and it will be permitted to file and prosecute its Complaint in Intervention.

IT IS, THEREFORE, ORDERED that the Motion to Intervene filed by Fireman's Fund Insurance Company is hereby **granted**, and Fireman's Fund shall file and serve its Complaint in Intervention on or before August 14, 2006.

IT IS SO ORDERED, this the 17th day of July, 2006.

                                                         S/James C. Sumner
                                         UNITED STATES MAGISTRATE JUDGE